# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

**UNITED STATES OF AMERICA**

-vs-

**Case No. 1:04cr10097-T**

**DEMETRIUS "VAN" CROCKER**

---

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending trial.

The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date.

## DIRECTIONS REGARDING DETENTION

**DEMETRIUS "VAN" CROCKER** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **DEMETRIUS "VAN" CROCKER** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   October 27, 2004

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:04-CR-10097 was distributed by fax, mail, or direct printing on November 2, 2004 to the parties listed.

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT