IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



FILED BY _____ D.C.

05 APR 18 PM 1:26

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

UNITED STATES OF AMERICA

VS.                                CR. NO. 1:04-CR-10097-01-T/An

DEMETRIUS CROCKER

### ORDER FOR PSYCHOLOGICAL EXAMINATION AND REPORT

This cause came on to be heard on April 7, 2005. As part of hearing, defendant, through his counsel, moved for an evaluation of the defendant to determine his mental competency.

For good cause shown, it is hereby ordered pursuant to 18 U.S.C. § 4247 that a psychiatric or psychological examination of defendant, Demetrius Crocker, be conducted at an appropriate federal medical facility to determine his competency to stand trial. The examination will be conducted pursuant to 18 U.S.C. § 4247(b) and a psychiatric or psychological report will be prepared pursuant to 18 U.S.C.§ 4247(c).

The trial in the above-styled case will not be set until the court receives the psychiatric report. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __04-20-05__

The Court finds that the grounds for this delay justify excluding the period of 4/18/05 until the defendant's next hearing date under Title 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

*James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: *18 April 2005*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:04-CR-10097 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT