UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 APR 22 PM 1:49
ROBERT R. DI TROLIO
CLERK OF U.S. DIST CT
W.D. OF TN-JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 04-10097-T |
| DEMETRIUS VAN CROCKER, | |
| Defendant. | |

**ORDER GRANTING MOTION FOR LEAVE
TO FILE PRETRIAL NOTICE PURSUANT TO Fed. R. Crim. Pro. 12.2(b)**

Upon motion of the Defendant for leave to file a Notice of Intent to Introduce Expert Evidence of Mental Disease or Defect and/or Mental Condition Pursuant to Fed. R. Crim. Pro. 12.2(b) and it appearing that the motion is well taken and for good cause shown,

**IT IS ORDERED** that Defendant's Notice of Intent to Introduce Expert Evidence of Mental Disease or Defect and/or Mental Condition Pursuant to Fed. R. Crim. Pro. 12.2(b) in this case is hereby **FILED INSTANTER**.

It is so **ORDERED**, this the 22nd day of April, 2005.

_____
**HONORABLE JAMES D. TODD
CHIEF UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 04-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 1:04-CR-10097 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT