# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Cr. No. <u>04-10097-T</u> |
| vs. | ) |
| | ) |
| DEMETRIUS VAN CROCKER, | ) |
| | ) |
| Defendant. | ) |

## AMENDED ORDER FOR PSYCHOLOGICAL EXAMINATION AND REPORT

This cause came on to be heard on April 7, 2005. As part of hearing, defendant, through his counsel, moved for an evaluation of the defendant to determine his mental competency. The United States has moved to include in the evaluation other issues raised in the defendant's notice of intent to present expert testimony.

For good cause shown, it is hereby ordered pursuant to 18 U.S.C. § 4247 and Rule 12.2(c)(1)(B) Fed. R. Crim. P. that a psychiatric or psychological examination of defendant, Demetrius Crocker, be conducted at an appropriate federal medical facility to determine his competency to stand trial, and, further, whether the defendant suffered from a mental disease or defect and/or mental condition that made him susceptible to inducement to commit the crimes charged in the indictment. The examination will be conducted pursuant to 18 U.S.C. § 4247(b) and Rule 12.2(c)(1)(B) Fed. R. Crim. P. and a psychiatric or psychological report will be prepared pursuant to 18 U.S.C. § 4247(c) and shall include the issue of whether the defendant suffered from a mental disease or defect and/or mental condition that made him susceptible to inducement to commit the crimes charged in the

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/18/05



indictment, pursuant to Rule 12.2 (c)(1)(B) Fed. R. Crim. P..

The trial in the above-styled case will not be set until the court receives the psychiatric report. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Court finds that the grounds for this delay justify excluding the period of 4/18/05 until the defendant's next hearing date under Title 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 17 May 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:04-CR-10097 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT