IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                         Criminal No. 1:04-CR-10097-01-T

DEMETRIUS CROCKER

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

At the request of counsel, the report date and trial date in the above styled matter is hereby continued to allow counsel for the defendant and government additional time to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Thursday, October 13, 2005 at 8:30 A.M.** and reset **TRIAL DATE** for **Monday, October 24, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of August 8, 2005 to October 24, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A)(B)and(h)(8)(iv).

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 15 July 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 07-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 1:04-CR-10097 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT