IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                         Criminal No. 1:04-CR-10097-01-T

DEMETRIUS CROCKER

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for defendant the trial date of October 24, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Tuesday, January 10, 2006 at 8:30 A.M.** and reset **TRIAL DATE** for **Monday, January 23, 2006 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of October 24, 2005, to January 23, 2006, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and(h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 13 October 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:04-CR-10097 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT