IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                            No. 04-10097

DEMETRIUS VAN CROCKER

    Defendant.

## JURY VERDICT FORM

On Count 1 of the indictment, we, the jury, find defendant :

    \_\_\_\_\_ Not Guilty

        Or

    _X_ Guilty

On Count 2 of the indictment, we, the jury, find defendant :

    \_\_\_\_\_ Not Guilty

        Or

    _X_ Guilty

On Count 3 of the indictment, we, the jury, find defendant :

    \_\_\_\_\_ Not Guilty

        Or

    _X_ Guilty

On Count 4 of the indictment, we, the jury, find defendant :

    \_\_\_\_\_ Not Guilty

        Or

    _X_ Guilty

[Filed stamp: FILED IN OPEN COURT, WESTERN DISTRICT OF TN, DATE: 4-13-06, TIME: 3:37pm, INITIALS: ec]

On Count 5 of the indictment, we, the jury, find defendant :

_____ Not Guilty

Or

__X__ Guilty

S/Jury Foreperson
**FOREPERSON**

04/13/06
DATE