```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                    EASTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                                           CR. NO. 04-10097

DEMETRIUS VAN CROCKER

ORDER ON JURY VERDICT

This cause came on to be tried on April 10, 2006, Assistant U. S. Attorney Fred Godwin representing the government, and the defendant appeared in person and with counsel, Randolph W. Alden, who was appointed.

Upon statement of counsel that they were ready for trial on the not guilty plea heretofore entered by the defendant, a jury was called, qualified, tried, accepted and sworn to well and truly try the issues herein joined and a true verdict render according to the law and evidence.

After listening to all of the testimony, arguments of counsel and charge of the court, the alternate juror was excused and the jury retired to the jury room to begin its deliberation.  After due deliberation, the jury returned into open court on April 13, 2006, and announced its verdict of GUILTY as charged in Counts 1, 2, 3, 4 and 5 of the Indictment.  The jurors were polled individually and then discharged.

Count 6 of the Indictment, the forfeiture Count, will be addressed by Court at sentencing.

This case is set for sentencing on THURSDAY, JULY 13, 2006 at 9:00 a.m.  The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE