IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No.  04-10097-T |
| ) | |
| DEMETRIUS "VAN" CROCKER, ) | |
| ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

Comes now the United States by and through counsel David Kustoff, United States Attorney for the Western District of Tennessee, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u>.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case and discussed it with counsel for the defendant.

2. The United States has no objections to the Presentence Report.

                                  Respectfully submitted,

                                  DAVID KUSTOFF
                                  United States Attorney

                By:    <u>s/Frederick H. Godwin</u>
                          Frederick H. Godwin
                          Assistant United States Attorney
                          167 N. Main, Room 800
                          Memphis, TN  38103
                          (#011501 Tennessee)

## CERTIFICATE OF SERVICE

I, Frederick H. Godwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **Position of the United States With Respect to Sentencing Factors** has been sent via the Court's electronic filing system to Randy Alden and hand delivered to Mark Alan Escue, U.S. Probation Office, Room 234 Federal Building, 167 N. Mid-America Mall, Memphis, Tennessee 38103.

This 16th day of June, 2006.

s/Frederick H. Godwin
Frederick H. Godwin
Assistant United States Attorney
