UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**-v-**                                                                  **1:04-10097-01-T**

**DEMETRIUS "VAN" CROCKER**

                                              **Randolph W. Alden, FPD**
                                              **Defense Attorney**
                                              **200 Jefferson Avenue, Suite 200**
                                              **Memphis, TN 38103**

_____

**REDACTED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

The defendant was found guilty on Count 1s, 2s, 3s, 4s and 5s of the Superseding Indictment on April 13, 2006. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 229(a)(1) | Attempt to Acquire, Receive, and Possess a Chemical Weapon, GB (SARIN) nerve agent | 10/25/2004 | 1s |
| 18 U.S.C. § 229(a)(1) | Inducing a Person to Acquire, Possess and Transfer a Chemical Weapon, GB (SARIN) nerve agent | 10/07/2004 | 2s |
| 18 U.S.C. § 842(h) and 18 U.S.C. § 844(a) | Receipt and Possession of Presumedly Stolen Explosive Materials Shipped and Transported in Interstate Commerce | 10/25/2004 | 3s |
| 18 U.S.C. § 844(d) | Receipt and Attempt to Receive Explosive Materials (C-4) in Interstate Commerce, With Knowledge and Intent that Materials would be used to Damage and Destroy a Federal or State Courthouse | 10/25/2004 | 4s |
| 26 U.S.C. § 5841, 5861(d) and 5871 | Receipt and Possession of a Firearm (destructive device) not Registered in the National Firearms Registration and Transfer Record | 10/25/2004 | 5s |

Case No: 1:04cr10097-01-T   Defendant Name: Demetrius "Van" Crocker                    Page 2 of 7

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

                                                          Date of Imposition of Sentence:
                                                                          November 28, 2006


                                      s/ **James D. Todd**
                                      JAMES D. TODD
                                      UNITED STATES DISTRICT JUDGE

Case No: 1:04cr10097-01-T   Defendant Name: Demetrius "Van" Crocker                               Page 3 of 7

Defendant's Date of Birth:  \*\*/\*\*/1965
Defendant's Soc. Sec. No. \*\*\*-\*\*-8906
Deft's U.S. Marshal No.:    20001-076

Defendant's Mailing Address:

Bruceton, TN 38317

Case No: 1:04cr10097-01-T   Defendant Name: Demetrius "Van" Crocker                     Page 4 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **360 Months on Counts 1s and 2s, and a term of 120 Months on Counts 3s, 4s and 5s of the Superseding Indictment, to be served concurrently. As to Count 6s, criminal forfeiture will be implemented as governed by F.R.Cr.P. 32.2**.

The Court recommends to the Bureau of Prisons: Defendant serve sentence at an institution as close to defendant's home as possible and at an institution where he can participate in a mental health counseling and treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____to _____

 at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Life on Counts 1s and 2s, and 3 years on Counts 3s, 4s and 5s of the Superseding Indictment, to be served concurrently.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5. The defendant shall notify the probation officer **ten(10) days prior** to any change in residence or employment;

6. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

Case No: 1:04cr10097-01-T   Defendant Name: Demetrius "Van" Crocker                          Page 6 of 7

8. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

10. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

11. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

12. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

2. The defendant shall participate in a mental health program as deemed necessary by the probation officer.

3. The defendant shall not possess a firearm or other dangerous weapons.

4. The defendant shall not obtain a license to purchase restricted-use chemicals, nor purchase restricted-use chemicals.

5. The defendant's employment and any change of address must be approved by the U. S. Probation Office.

Case No: 1:04cr10097-01-T   Defendant Name: Demetrius "Van" Crocker   Page 7 of 7

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$500.00** | | |

The Special Assessment shall be due immediately.

### FINE

No fine imposed.

### RESTITUTION

No Restitution was ordered.