Dear Clerk of Court                                            May 23, 2015

    Could you please send me a copy of my docket sheet and also let me know how many pages are in my Sentencing Transcript as well as how much it would cost me or a family member to purchase my complete sentencing transcript. Thank you very much for your time and assistance in this request.

                                         Sincerely

                              *Demetrius Van Crocker* [signature]

                              Demetrius Van crocker

**RECEIVED**

MAY 2 9 2015

**CLERK, U.S. DIST. COURT**
**WESTERN DIST. OF TENN**

04- 10097
09- 1125