

KANSAS CITY 640

26 MAY 2015 PM 2 L

RECEIVED

MAY 2 9 2015

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

⇨ 20001-076 ⇦
Office Of The Clerk
262 U.S. Courthouse
111 S Highland AVE
U.S. District Court
Jackson, TN 38301
United States

⇨ 20001-076 ⇦
Demetrius Van Crocker
U.S.Penitentiary A-3 618
P.O. Box 1000
Leavenworth, KS 66048
United States